November 02, 2007

Ms. Linda Sprowl
5426 Meadowcreek Drive #1046
Dallas, TX 75248
Mr. Ronald O. Blackwell
1750 E. Northwest Highway
Garland, TX 75041

RE: Case Number: 06-0533
 Court of Appeals Number: 05-06-00062-CV
 Trial Court Number: 05-14973-T

Style: LINDA SPROWL AND J.S., A CHILD
 v.
 GEORGE MARTIN PAYNE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Respondent's Motion to
Strike and to Disregard the Appendices is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |